**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ricardo OYERVIDES, Defendant–Appellant.**

**No. 12–40593**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 9, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

*ON PETITION FOR REHEARING*

PER CURIAM: *

IT IS ORDERED that the petition for rehearing is granted. The sentence is vacated and the case is remanded for resentencing. *Peugh v. United States,* —— U.S. ——, 133 S.Ct. 2072, 186 L.Ed.2d 84 (2013).

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.